In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title to Lands Required For the Opening of a Street Adjoining and Parallel with the Easterly Side of the Approach of the Manhattan Bridge.

EDWARD H. HAWKE, JR., Appellant; MAX DORF, Respondent.

*Matter of City of New York*, 148 App. Div. 226, affirmed.
(Argued February 13, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1912, which modified and affirmed as modified an order of Special Term fixing the amount of lien of the appellant herein, an attorney, upon an award to the respondent in the above proceeding.

*William D. Leonard* for appellant.

*Abraham I. Spiro* for respondent.

Order affirmed, with costs, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.